**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 236 EAL 2019

         Respondent

     :    Petition for Allowance of Appeal
     :    from the Order of the Superior Court

         v.

ANTHONY REID,

         Petitioner

COMMONWEALTH OF PENNSYLVANIA,     :    No. 237 EAL 2019

         Respondent

     :    Petition for Allowance of Appeal
     :    from the Order of the Superior Court

         v.

ANTHONY REID,

         Petitioner

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of November, 2020, the Petition for Allowance of Appeal is **DENIED**. The Application for Leave to File Post-Submission Communication is **GRANTED**.

    Chief Justice Saylor, Justice Baer and Justice Todd did not participate in the consideration or decision of this matter.